UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:18–cv–00014–JVS–JDE | Date | June 11, 2018 |
| Title | SKYBELL TECHNOLOGIES, INC. V. RING INC. | | |

Present:   The Honorable   James V. Selna, U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marc Fenster | Clement Roberts |
| | Alyssa Caridis |

**Proceedings:**   **Scheduling Conference**

    Cause called and counsel make their appearances. The Court and counsel confer. The Court ORDERS the Markman/Claim Construction Hearing set for January 7, 2019 at 3:00 p.m. The Court adopts the remaining patent specific dates presented in the parties Joint Scheduling Conference Report.

    The Court sets the case management dates with the agreement of counsel as attached hereto.

    Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16–15 is the private mediation. The Court orders that any settlement discussions shall be completed not later than April 1, 2019. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

Initials of Preparer: kt