ANNETTE HURST (SBN 148738)
ahurst@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorney for Third-Party
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SKYBELL TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RING, INC.,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:18-cv-00014-JVS-JDE<br><br>**NOTICE OF FILING OF CORRECTED DECLARATION OF TRAVIS JENSEN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>Date:　　September 10, 2018<br>Time:　　1:30 p.m.<br>Dept:　　Courtroom 10 C<br>Judge:　Hon. James V. Selna |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF CORRECTED JENSEN DECL.
ISO OPPOSITION TO MOTION TO DISQUALIFY
8:18-CV-00014-JVS-JDE

**TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Third-Party law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby files the attached Corrected Declaration of Travis Jensen in Support of Orrick's Opposition to Plaintiff SkyBell Technologies, Inc.'s Motion to Disqualify Orrick ("Corrected Jensen Declaration"). The Corrected Jensen Declaration fixes two typographical date errors in the version previously filed at ECF No. 53-1:

(1) on page 4 at lines 21-22, the date "November 9, 2018" should read "November 9, **2017**," *id*. ¶ 15; and

(2) on page 5 at line 12, the date "November 8, 2018" should read "November 8, **2017**," *id*. ¶ 17.

The Corrected Jensen Declaration is otherwise unchanged from the previously-filed version in all respects apart from the document's date, which was updated to reflect the date on which Mr. Jensen signed the corrected version of his declaration.

Dated:  August 16, 2018        Respectfully submitted,

ANNETTE L. HURST
Orrick, Herrington & Sutcliffe LLP


By: */s/ Annette L. Hurst*

Attorneys for Third-Party ORRICK, HERRINGTON & SUTCLIFFE

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 1 -

Notice of Corrected Jensen Decl.
ISO Opposition to Motion to Disqualify
8:18-cv-00014-JVS-JDE