UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:18–cv–00014–JVS–JDE          Date   9/10/2018

Title   SKYBELL TECHNOLOGIES, INC. V. RING INC.

Present:   The Honorable   James V. Selna, U. S. District Judge

|  Karla Tunis  | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Ledahl | Annette Hurst |
| Marc Fenster | |

**Proceedings:**   **Plaintiff's Motion to Disqualify Counsel Orrick, Herrinton & Sutcliff**

    Cause called and counsel make their appearances. The Courts tentative ruling is issued. Counsel make their arguments. The Court grants plaintiff 7 days to respond to Orricks supplement today in a brief of no more than 7 pages. The plaintiffs motion shall stand submitted upon filing of the plaintiffs supplemental response.

:38

Initials of Preparer:  kt