1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| SKYBELL TECHNOLOGIES, INC., | Case No. 8:18-cv-00014-JVS-JDE |
|---|---|
| Plaintiff, | **ORDER ON JOINT STIPULATION REGARDING FILING OF HEARING TRANSCRIPT ON MOTION TO DISQUALIFY ORRICK, HERRINGTON, & SUTCLIFFE** |
| v. | |
| RING INC., | |
| Defendant. | Dept:    10C<br>Judge:   Honorable James V. Selna |

# ORDER

The Court has considered the parties' Joint Stipulation Regarding Filing of Hearing Transcript on Motion to Disqualify, and for good cause shown, hereby orders that:

1. The redacted transcript attached as Exhibit "A" to the stipulation, shall be treated as the official public transcript of the September 10, 2018 hearing on Plaintiff SkyBell Technologies, LLC' Motion to Disqualify Orrick, Herrington & Sutcliffe ("Orrick") as counsel for Defendant Ring, Inc. (Dkt. No. 53).

2. The Court hereby treats the unredacted transcript as if it were submitted for its *in camera* review.

3. Orrick shall maintain the unredacted transcript for review purposes pursuant to the terms of its ethical wall as represented to the Court.

**IT IS SO ORDERED.**

Dated: September 20, 2018

*/s/ James V. Selna*
Hon. James V. Selna
United States District Judge

CC:   Sharon Seffens, Court Reporter