ANNETTE HURST (SBN 148738)
ahurst@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile:  +1 415 773 5759

Attorney for RING, INC. (as to disqualification only) and Third-Party ORRICK, HERRINGTON & SUTCLIFFE LLP

MARC A. FENSTER (SBN 181067)
mfenster@raklaw.com
PAUL KROEGER (SBN 229074)
pkroeger@raklaw.com
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

RUSS, AUGUST & KABAT
Attorneys for Plaintiff and Counter-Defendant SKYBELL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SKYBELL TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>RING, INC.,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:18-cv-00014-JVS-JDE<br><br>**STIPULATION TO CERTIFY FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND FOR STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**<br><br>Judge:   Hon. James V. Selna |

WHEREAS, on September 18, 2018, this Court issued its Order (ECF No. 68) granting the motion of Plaintiff and Counter-Defendant SkyBell Technologies, Inc. ("SkyBell") to disqualify the law firm of Orrick, Herrington & Sutcliffe ("Orrick") from representation of Defendant and Counter-Claimant Ring, Inc. ("Ring") in this action; and

WHEREAS, on October 15, 2018, this Court further Ordered in connection with the disqualification motion that Orrick would be permitted to transfer the work product of its screened attorneys to successor counsel (ECF No. 79); and

WHEREAS, Ring expressed its intention to bring a motion pursuant to 28 U.S.C. § 1292(b) seeking certification for interlocutory appeal of the Court's disqualification order; and

WHEREAS, in light of Ring's intention to seek interlocutory review, SkyBell also intends to seek certification for interlocutory appeal of that portion of the Court's order concerning transfer of work product; and

WHEREAS, both parties agree that the Court's September 18 and October 15, 2018 Orders involve:

(a) controlling questions of law;

and

(b) an immediate appeal from the orders will materially advance the ultimate termination of the litigation; and

WHEREAS, Ring and Orrick contend that the Court's September 18 Order involves substantial grounds for difference of opinion, and SkyBell does not oppose certification of the Order on this basis;

WHEREAS, SkyBell contends that the Court's October 15 Order involves substantial grounds for difference of opinion, and Ring and Orrick do not oppose certification of the Order on this basis; and

WHEREAS, both parties accordingly agree that the Court's September 18 and October 15, 2018 Orders meet the standard for certification for interlocutory

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT STIPULATION TO
CERTIFICATION FOR APPEAL
8:18-CV-00014-JVS-JDE

1  appeal pursuant to 28 U.S.C. § 1292(b); and

2      WHEREAS, both parties consent to interlocutory cross-appeals and that good
3  cause exists for a stay of this action pending the outcome of such interlocutory
4  cross-appeals;

5      NOW THEREFORE, it is hereby stipulated and agreed by and between
6  SkyBell and Ring as follows:

7      1.    The Court's Orders concerning the disqualification motion should be
8  certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

9      2.    Within 10 days of the entry of the Court's Order granting this
10 stipulation, Ring and Orrick shall file their Petition for Appeal of the Court's
11 September 18 Order pursuant to Federal Rule of Appellate Procedure 5(a).

12     3.    Within 10 days after Ring and Orrick's service of their Petition for
13 Appeal, SkyBell shall file its Consent to Appeal and Petition for Cross-Appeal of
14 the Court's October 15 Order pursuant to Federal Rule of Appellate Procedure
15 5(b)(2).

16     4.    This case shall be stayed in all respects until all appeals arising from
17 the September 18 and October 15 orders are final.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 2 -

Joint Stipulation to
Certification for Appeal
8:18-cv-00014-JVS-JDE

| | | |
|---|---|---|
| 1 | Dated:  October 22, 2018 | Respectfully submitted, |
| 2 | | ANNETTE L. HURST |
| 3 | | Orrick, Herrington & Sutcliffe LLP |
| 5 | | By: /s/ Annette L. Hurst |
| 6-8 | | Attorney for RING, INC. (as to disqualification only) and Third-Party ORRICK, HERRINGTON & SUTCLIFFE |
| 10 | Dated:  October 22, 2018 | MARC A. FENSTER |
| 11 | | RUSS, AUGUST & KABAT |
| 13 | | By: /s/ Marc A. Fenster |
| 14-15 | | Attorneys for Plaintiff and Counter-Defendant SKYBELL TECHNOLOGIES, INC. |

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: October 22, 2018        /s/ Annette L. Hurst
                                                Annette L. Hurst

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

JOINT STIPULATION TO
CERTIFICATION FOR APPEAL
8:18-CV-00014-JVS-JDE